Cousins Law

Scott D. Cousins
scott.cousins@cousins-law.com
Brandywine Plaza West
1521 Concord Pike
Suite 301
Wilmington, DE 19803
Telephone: (302) 824-7081

September 30, 2021

**VIA ELECTRONIC MAIL**

The Honorable Sherry R. Fallon
United States District Court
For the District of Delaware
844 North King Street
Wilmington, DE 19801

Re: *AAG Glass, LLC v. Laminados De Aller, S.A., et al.*, Case No. 1:21-cv00638-MN-SRF

Dear Magistrate Judge Fallon:

Pursuant to the Court's August 17, 2021 Oral Order, the parties to the above-referenced matter submit the attached [Proposed] Scheduling Order. The parties are pleased to report that they have agreed on all deadlines and discovery limits that are addressed in the [Proposed] Scheduling Order.

Counsel are available at the Court's convenience if Your Honor has any questions.

Respectfully,

*/s/ Scott D. Cousins*

Scott D. Cousins (No. 3079)

cc: Counsel of Record (via ECF)